Test et al. *v.* Small.

------

TEST *et al. v.* SMALL.

JURISDICTION—REPLEVIN.—Actions of replevin may be instituted before any justice of the peace in the county, without reference to the fact that the defendant may reside in a different township from that in which the justice resides.

APPEAL from the *Wayne* Common Pleas.

*Per Curiam.*—Actions of replevin may be instituted before any justice of the peace in the county where the defendant resides, though he reside in another township than that in which the suit is brought. *Beddinger's Adm'r* v. *Jocelyn*, 18 Ind. 325. The judgment below is affirmed, with costs.

*W. S. Ballinger* and *J. B. & I. F. Julian*, for the appellants. *Lafe Develin* and *Geo. A. Johnson*, for the appellee.